## FREEMAN v. FREEMAN

No. 393P94

Case below: 115 N.C.App. 565

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 1994.

## IN RE DENNIS v. DUKE POWER CO.

No. 246PA94

Case below: 114 N.C.App. 272

Petition by respondents (Duke Power, Nantahala & Public Staff) for writ of certiorari to review the decision of the North Carolina Court of Appeals allowed 5 October 1994.

## IN RE GERTZMAN

No. 463P94

Case below: 115 N.C.App. 634

Petition by petitioners for discretionary review pursuant to G.S. 7A-31 denied 5 October 1994.

## LEONARD v. ENGLAND

No. 417PA94

Case below: 115 N.C.App. 103

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 5 October 1994.

## MARTIN v. PIEDMONT ASPHALT & PAVING CO.

No. 6PA94

Case below: 113 N.C.App. 121

Petition by Industrial Commission for writ of supersedeas dismissed 6 October 1994.